IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE CULVER and SUSAN CULVER, Husband and Wife, </br></br>　　　　Plaintiffs</br></br>　　v.</br></br>MATERIALS TRANSPORTATION CO. and McMASTER-CARR SUPPLY CO.,</br></br>　　　　Defendants | )</br>)</br>)</br>)</br>)</br>)  Civil Action No. 04-233 Erie</br>)</br>)</br>)</br>)</br>) |

**STIPULATION OF DISMISSAL**

Plaintiffs Lee Culver and Susan Culver, defendant Materials Transportation Company and defendant McMaster-Carr Supply Co., by their respective undersigned counsel, hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that the above-entitled action is settled and dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ T.Warren Jones_____
　　　　　　　　　　　　　　　　　　　T. Warren Jones
　　　　　　　　　　　　　　　　　　　PA I.D. No. 06548
　　　　　　　　　　　　　　　　　　　MacDONALD, ILLIG, JONES & BRITTON, LLP
　　　　　　　　　　　　　　　　　　　100 State Street, Suite 700
　　　　　　　　　　　　　　　　　　　Erie, PA 16507-1459
　　　　　　　　　　　　　　　　　　　Tel:　　814-870-7600
　　　　　　　　　　　　　　　　　　　Fax:　　814-454-4647
　　　　　　　　　　　　　　　　　　　E-mail:tjones@macdonaldillig.com

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　　Lee Culver and Susan Culver

/s/ James T. Marnen_____
James T. Marnen
PA I.D. No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West 10th Street
Erie, PA  16501
Tel:    814-459-2800
Fax:    814-453-4530
E-mail:jmarnen@kmgslaw.com

Attorney for Defendant,
Materials Transportation Company


/s/ Jeffrey S. Tarker_____
Raymond J. Conlon
PA I.D. No. 49495
Jeffrey S. Tarker
PA I.D. No. 80114
ZIMMER KUNZ, PLLC
101 East Diamond Street
Butler, PA 16001
Tel:    724-285-6677
Fax:    724-431-2490
E-mail:conlon@zklaw.com
           tarker@zklaw.com

Attorneys for Defendant,
McMaster-Carr Supply Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE CULVER and SUSAN CULVER, Husband and Wife, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Civil Action No. 04-233  Erie ) |
| MATERIALS TRANSPORTATION CO. and McMASTER-CARR SUPPLY CO., | ) ) ) ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of December, 2005, a copy of the within document was served on all counsel of record and unrepresented parties in accordance with the applicable rules of court.

/s/ James T. Marnen
James T. Marnen

#647895