IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE CULVER and SUSAN CULVER, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 04-233 Erie ) |
| MATERIALS TRANSPORTATION CO. and MCMASTER-CAR SUPPLY CO., | ) ) ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this 30th day of December, 2005, upon consideration of the Stipulation of Dismissal [Doc. No. 17] filed by the parties, IT IS HEREBY ORDERED that the case is DISMISSED with prejudice. The clerk is directed to close the case.

                                                s/ Sean J. McLaughlin
                                                United States District Judge

cm: All counsel of record.